IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CARDIODYNAMICS INTERNATIONAL CORP., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No.  05-3052 ) |
| HEARTWISE PLATFORMS, INC. and MARK E. MULLENDORE, | ) ) ) |
| Defendants. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

Pending before the Court are Plaintiff's Motion to Compel (d/e 33) and Defendants' Motion to Strike (d/e 35) the Motion to Compel.  For the reasons stated below, the Motion to Strike is allowed, and the Motion to Compel is moot.

Plaintiff moves the Court to compel the deposition of a Heartwise corporate representative and to order Defendants to answer Plaintiff's First Set of Requests for Production and its First Set of Interrogatories.  Plaintiff asserts it tried to confer with opposing counsel to schedule the deposition but that there was no response from Defendants.  Defendants responded by

1

moving to strike the Motion to Compel, claiming that Plaintiff did not attempt to confer as required by Rule 37(a)(2) of the Federal Rules of Civil Procedure.  Defendants also assert that the deposition in question is now scheduled for September 26, 2005, and that they have filed objections to the requests to produce and the interrogatories.  Defendants believe they will prevail on these objections "if it becomes necessary for the Court to intervene in this matter."  <u>Def. Motion to Strike</u> (d/e 35).

The Court finds that since the deposition in question is now scheduled, the Motion to Compel is moot as to that point.  Further, while Plaintiff indicated it had attempted to confer with Defendants on rescheduling the deposition, without success, it did not indicate in the Motion that a similar effort had been made to confer to resolve the objections to the interrogatories and requests to produce as required by Rule 37(a)(2) of the Federal Rules of Civil Procedure.  Plaintiff does make such an assertion in its Memorandum.  The Court now directs the parties to confer on Defendants' objections to the requests to produce and the interrogatories and attempt to resolve the objections by October 5, 2005.  Counsel may move the Court to rule on any unresolved objections thereafter.

THEREFORE, Defendants' Motion to Strike (d/e 35) is ALLOWED and Plaintiff's Motion to Compel (d/e 33) is moot.

IT IS THEREFORE SO ORDERED.

ENTER:   September 23, 2005.

FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE